PROB 12B
ED/AR (8/2002)

# United States District Court

## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tamala G. Hull                    Case Number: 4:04CR00167-02-WRW

Name of Sentencing Judicial Officer:  Honorable William R. Wilson, Jr.
                                      United States District Judge

Offense:             Aiding and abetting theft of mail

Date of Sentence:    February 17, 2005

Sentence:            2 years probation, 100 hours community service, and $100 special penalty
                     assessment

Type of Supervision: Probation         Date Supervision Commenced: February 17, 2005
                                       Expiration Date: February 16, 2007

Asst. U.S. Attorney: Jeff Lavicka       Defense Attorney: Lea Ellen Fowler

U.S. Probation Officer: Brent J. Young
Phone No.: 501-604-5284

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant will perform 100 hours of community service during the first 15 months of probation under the guidance and supervision of the probation officer.**

### CAUSE

On February 17, 2005, Ms. Hull was ordered to complete 100 hours of community service within the first year of her supervision. As of February 21, 2006, Ms. Hull has only completed 27.5 hours of her community service. Ms. Hull informed that she is a single parent and she has been having financial difficulties and has not been able to complete her community service as ordered. Ms. Hull informed that she has a new job which will allow her to work on her community service every Monday from 9:00 am to 4:00 pm.

On February 21, 2006, Ms. Hull signed Probation Form 49, Waiver of Hearing to Modify Conditions of Probation. Ms. Hull's attorney, Lea Ellen Fowler, was contacted and has no objection to the above-noted modification.

Prob 12B                                -2-                       Request for Modifying the
                                                                  Conditions or Terms of Supervision
                                                                  with Consent of the Offender

Name of Offender: Tamala G. Hull                                  4:04CR00167-02-WRW

_____                      _____
Brent J. Young                                   Jeff Lavicka
U.S. Probation Officer                           Assistant U.S. Attorney

Date: February 21, 2006                          Date:

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

2/28/06
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

BJY/jkr

c:  Defense Attorney, Lea Ellen Fowler, 400 West Capitol, Suite 1700, Little Rock, AR 72201
    Assistant U.S. Attorney, Jeff Lavicka, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will perform 100 hours of community service during the first 15 months of probation under the guidance and supervision of the probation officer.**

Witness: _____  Signed: _____
U.S. Probation Officer              Probationer or Supervised Releasee

2-21-06
DATE